UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of June, two thousand and fifteen,

_____

Securities and Exchange Commission,

    Plaintiff - Appellee,

v.

Stratocomm Corporation, Roger D. Shearer,

    Defendants - Appellants,

Craig Danzig,

    Defendant.

_____

ORDER
Docket No: 15-1538

APPELLANT, Roger D. Shearer has filed a scheduling notification, pro se, pursuant to the Court's Local Rule 31.2, setting 9/2/2015 as the brief/joint appendix filing date.

The scheduling notification hereby is so ordered.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

